IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAYFORD TIPTON, JR., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>**Commissioner of Social Security,** )<br>)<br>*Defendant.* ) | No. 3:04-0548<br>**Judge Nixon**<br>**Magistrate Judge Griffin** |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation ("Report") in the above-styled matter (Doc. No. 28), to which no timely objections have been filed. Upon review, the Court finds the Report therein to be well-founded and supported by the record. The Court therefore **ADOPTS** the Report in its entirety. Accordingly, Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 13) is **GRANTED** and the case is **REMANDED** for consideration by the Administrative Law Judge.

It is so ORDERED.

Entered this the 11th day of December, 2008

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT